UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CHARLES ZACCHERO,

    Plaintiff,

vs.

Case No.:

NATIONAL CITY BANK, NA,

    Defendant.

_____/

## NATIONAL CITY BANK'S NOTICE OF REMOVAL

Defendant, National City Bank, NA ("NCB"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes to the United States District Court for the Middle District of Florida the state court action described below. As grounds for removal NCB states as follows:

1.    This case was commenced by Plaintiff, Charles Zacchero on or about April 23, 2008, in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota County, Florida as Case No.: 08-CA-6590NC. A true and correct copy of the initial Complaint filed in the state court is attached hereto as **Exhibit "A."**

2.    Copies of the Summons and Complaint were served on NCB on June 26, 2008. A true and correct copy of the Summons and NCB's acceptance of service are attached hereto as **Exhibit "B."**

3.    Copies of all remaining documents in the state court file, if any, are attached hereto as **Composite Exhibit "C."**

4.    This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a)(2) and is one that may be removed to this Court by NCB pursuant to 28 U.S.C.

§1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Although NCB disputes that it has any liability to Plaintiff and further denies that Plaintiff states any claim against it, NCB expressly incorporates the allegations contained in the Complaint attached hereto as Exhibit A for the purpose of demonstrating the propriety of removal.

6. Plaintiff is a resident of Florida.

7. Accordingly, NCB is a citizen of the state of Ohio.

8. Complete diversity exists in this case, as Plaintiff and NCB are citizens of different states.

9. The amount in controversy in this case exceeds the sum or value of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs. Plaintiff seeks rescission of a note in an amount exceeding $75,000, together with unspecified damages.

10. This Notice of Removal is timely because it is being filed within thirty (30) days after NCB was served with the Summons and Complaint. See 28 U.S.C. § 1446; Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 119 S. Ct. 1322 (1999).

11. Pursuant to 28 U.S.C. § 1446(b), NCB is serving written notice on Plaintiff of the filing of this Notice of Removal, and will serve and file a true and correct copy of this Notice of Removal with the Clerk of the Twelfth Judicial Circuit in and for Sarasota County, Florida.

12. Based on the foregoing, NCB this Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a) and that this action is one which may be removed to this Court by NCB pursuant to 28 U.S.C. § 1441 because there is complete diversity of citizenship

between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

17. NCB has not attempted to litigate this case in state court or taken any action that could be construed as a waiver of its right of removal.

18. By removing the above-captioned case to this Court, NCB does not waive any of its available defenses.

19. In accordance with 28 U.S.C. § 1441(a), venue of the removed action lies in the United States District Court for the Middle District of Florida, Tampa Division, because the state court action was filed within this judicial district and division.

20. This Notice has been signed by the undersigned pursuant to Federal Rule of Civil Procedure 11, as required by 28 U.S.C. §1446(a).

**WHEREFORE**, NCB hereby removes this case to this Court's jurisdiction.

RESPECTFULLY SUBMITTED,

        **BUCHANAN INGERSOLL
        & ROONEY, P.C.**
        Attorneys for NCB
        401 E. Jackson Street, Suite 2500
        Tampa, Florida 33602
        Phone: (813) 222-8180
        Fax: (813) 222-8189

        By: _____
            Richard Oliver
            Florida Bar No.: 0119725

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail and facsimile upon **Alan E. Tannenbaum, Esquire**, Levin Tannenbaum at 1680 Fruitville Road, Suite 102, Sarasota, Florida 34236 on this 17th day of July, 2008.

                                                                                    _____
                                                                                    For Buchanan Ingersoll & Rooney, P.C.