UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES F. ZACCHERO,

    Plaintiff,

v.                                           CASE NO.: 8:08-cv-1387-T-23MAP

NATIONAL CITY MORTGAGE, a
division of NATIONAL CITY BANK
OF INDIANA,

    Defendant.
_____/

## **ORDER**

Pursuant to (1) the promissory note and mortgage (Docs. 15-1, 15-2) and (2) the parties' stipulated motion for entry of judgment (Doc. 36), the defendant moves (Doc. 52) for an award of attorney's fees and costs. An October 16, 2009, order (Doc. 38) reserves jurisdiction to award attorney's fees and costs following the foreclosure sale of the property involved in this action. Upon review, the defendant's motion (Doc. 52) is **GRANTED**. The Clerk is directed to enter a judgment in favor of the defendant and against the plaintiff in the amount of **$19,683.07** in attorney's fees and costs.

ORDERED in Tampa, Florida, on April 15, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE